DUANE MORRIS LLP
John Dellaportas, Esq.
Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
212-692-1000
(2121) 692-1020
dellajo@duanemorris.com
EMichailidis@duanemorris.com

BAILEY & GLASSER, LLP
Scott C. Helmholz, Esq.
Jeffrey R. Baron, Esq.
One North Old State Capitol Plaza, Suite 560
Springfield IL  62701
217) 528-1177
(217) 528-1198
shelmholz@baileyglasser.com
jbaron@baileyglasser.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC,<br><br>Plaintiff,<br><br>v.<br><br>EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation, and EVONIK STEAG GmbH, an alien corporation,<br><br>Defendants. | CIVIL ACTION NO. 11-cv-0940<br><br>ECF Case<br><br>**AMENDED RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or

recusal, the undersigned counsel for plaintiff, **INTEROCEAN COAL SALES, LDC**, certifies that Drummond Co. and Drummond Associates own 10% or more of plaintiff's stock.

Date: February 28, 2011
      New York, New York

                                              /s/ John Dellaportas
                                              **John Dellaportas (JD 5427)**
                                              **Evangelos Michailidis (EM-3383)**