CONNELL FOLEY LLP
888 Seventh Avenue
New York, NY 10106
(212) 262-2390

85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
Attorneys for Evonik Degussa Corporation

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC<br><br>            Plaintiff,<br><br>v.<br><br>EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation, and EVONIK STEAG GmbH, an alien corporation,<br><br>            Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Case No.: 11-civ-0940<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that Patrick J. Hughes of Connell Foley LLP hereby enters an appearance as counsel in this case on behalf of defendant, Evonik Degussa Corporation.

I certify that I am admitted to practice in this court.

                                CONNELL FOLEY LLP
                                Attorneys for Defendant,
                                Evonik Degussa Corporation


                                /s/ Patrick J. Hughes
                                Patrick J. Hughes

Dated: March 2, 2011

2491090-01