CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, NY 10106
(212) 262-2390
Attorneys for Plaintiff
Evonik Degussa Corporation

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation, and EVONIK STEAG GmbH, an alien corporation,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 11-civ-0940<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** |

Evonik Degussa Corporation files this Corporate Disclosure Statement consistent with the requirements of Federal Rule of Civil Procedure 7.1. Evonik Degussa Corporation is a wholly owned subsidiary of Evonik Degussa GmbH. No publicly held company owns more than 10% of its stock.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Patrick J. Hughes
　　　　　　　　　　　　　　　　　　　　Patrick J. Hughes
　　　　　　　　　　　　　　　　　　　　CONNELL FOLEY, LLP
　　　　　　　　　　　　　　　　　　　　888 7th Avenue, Suite 3401
　　　　　　　　　　　　　　　　　　　　New York, NY 10106
　　　　　　　　　　　　　　　　　　　　(212) 262-2390

　　　　　　　　　　　　　　　　　　　　85 Livingston Avenue
　　　　　　　　　　　　　　　　　　　　Roseland, NJ 07068
　　　　　　　　　　　　　　　　　　　　(973) 535-0500