

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTEROCEAN COAL SALES, LDC

        Plaintiff,

v.

EVONIK TRADING GmbH, et. al.,

        Defendants.

11 Civ. 0940 (NRB)

### STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS EVONIK DEGUSSA CORPORATION AND EVONIK INDUSTRIES AG TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT

WHEREAS on February 14, 2011, Plaintiff Interocean Coal Sales, LDC ("Plaintiff") filed its Complaint in this matter.

WHEREAS on February 18, 2011, Plaintiff filed returned Summons and Affidavit of Service stating that it served Defendant, Evonik Industries AG ("Evonik Industries"), among others, on February 15, 3011 through the New York State Secretary of State.

WHEREAS the Court's docket currently indicates that Evonik Industries' time to answer, move or otherwise plead in response to the Complaint runs on Tuesday, March 8, 2011.

WHEREAS on February 14, 2011, Plaintiff served Evonik Degussa Corporation ("Evonik Degussa").

WHEREAS Evonik Degussa's time to answer, move or otherwise plead in response to the Complaint runs on Monday, March 7, 2011.

NOW THEREFORE, Plaintiff, Evonik Industries and Evonik Degussa, through their undersigned counsel, hereby stipulate and agree as follows:

2492699-01

1. Plaintiff has consented to Evonik Industries and Evonik Degussa's request to extend its time to answer, move, or otherwise respond to the Complaint by twenty (20) days, up to and including Monday, March 28, 2011.

2. The parties have agreed that nothing in this Stipulation shall constitute a waiver of any rights or defenses that Evonik Industries or Evonik Degussa may have in this matter, including, but not limited to, the right to challenge the sufficiency of service of process and/or personal jurisdiction.

3. There have been no previous requests for adjournment or extension of time for Evonik Industries or Evonik Degussa to answer, move, or otherwise respond to the Complaint. The agreed upon extension will not impact any dates set forth in the above-captioned action.

Dated: March 3, 2011, New York, New York

DUANE MORRIS, LLP                           3/4/11

By: _____
John Dellaporta   Evangels Michailidis
1540 Broadway                              (EM-3385)
New York, NY 10036-4086
Phone: 212-692-1012
Fax: 212-692-1020
Email: dellajo@duanemorris.com

And

BAILEY & GLASSER, LLP
By: Scott C. Helmholz
    Jeffrey R. Baron
One North Old State Capitol Plaza, Suite 560
Springfield, IL 62701
Phone: 217-528-1177
Fax: 217-528-1198
Email: shelmholz@baileyglasser.com
Email: jbaron@baileyglasser.com

*Attorneys for Plaintiff Interocean Coal Sales, LDC*

CONNELL FOLEY LLP

By: _____
Patrick J. Hughes
New York Office
888 Seventh Avenue
New York, NY 10106
Phone: 212-262-2390
Fax: 212-262-0050
Email: phughes@connellfoley.com

New Jersey Office
85 Livingston Avenue
Roseland, NJ 07068
Phone: 973-535-0500
Fax: 973-535-9217

*Attorneys for Defendants Evonik Degussa Corporation and Evonik Industries AG*

So Ordered:

_____
USDJ

March 8, 2011

2492699-01