UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
INTEROCEAN COAL SALES, LDC,

    Plaintiff,

-against-

EVONIK TRADING GMBH, et al.,

    Defendants.
------------------------------------------------------------ X

11 Civ. 0940 (NRB)

*RECEIVED IN CHAMBERS OF NAOMI REICE BUCHWALD*
*MAR - 2 2011*
*UNITED STATES COURT JUDGE*

## STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS EVONIK TRADING GMBH AND EVONIK STEAG GMBH'S TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

WHEREAS on February 14, 2011, Plaintiff Interocean Coal Sales, LDC ("Plaintiff") filed its Complaint in this matter.

WHEREAS on February 18, 2011, Plaintiff filed a returned Summons and Affidavit of Service stating that it served Defendants Evonik Trading GmbH ("Trading"), Evonik Steag GmbH ("Steag"), and Evonik Industries, AG on February 15, 2011, through the New York State Secretary of State.

WHEREAS the Court's docket currently indicates that Trading and Steag's deadline to answer, move, or otherwise respond to the Complaint is Tuesday, March 8, 2011.

NOW THEREFORE, Plaintiff, Trading, and Steag, through their undersigned counsel, hereby stipulate and agree as follows:

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 3/8/11*

LEGAL02/32495516v1

1. Plaintiff has consented to Trading and Steag's request to extend its time to answer, move, or otherwise respond to the Complaint by twenty (20) days, up to and including Monday, March 28, 2011.

2. The parties have agreed that nothing in this Stipulation shall constitute a waiver of any rights or defenses that Trading or Steag may have in this matter, including, but not limited to, the right to challenge the sufficiency of service of process and/or personal jurisdiction.

3. There have been no previous requests for adjournment or extension of time for Trading or Steag to answer, move or otherwise respond to the Complaint. The agreed upon extension will not impact any dates set forth in the above-captioned action.

Dated: March 3, 2011
       New York, New York

DUANE MORRIS, LLP     3/4/11

By: _____
    John Dellaportas
    Evangelos Michailidis (EM 3583)
1540 Broadway
New York, New York 10036
Phone: (212) 692-1012
Fax: (212) 692-1020
Email: Dellajo@duanemorris.com

   and

BAILEY & GLASSER, LLP
By: Scott C. Helmholz
    Jeffrey R. Baron
Old North Old State Capitol Plaza, Suite 560
Springfield, Illinois 62701
Phone: (217) 528-1177
Fax: (217) 528-1198
E-mail: shelmholz@baileyglasser.com
E-mail: jbaron@baileyglasser.com

*Attorneys for Plaintiff Interocean Coal Sales, LDC*

ALSTON & BIRD LLP     2/4/11

By: _____
    Mark Vasco
    Alexander S. Lorenzo
90 Park Avenue
New York, New York 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
Email: alexander.lorenzo@alston.com

101 S. Tryon St., Suite 400
Charlotte, North Carolina 28280
Phone: (704) 444-1000
Fax: (704) 444-1111
Email: mark.vasco@alston.com

*Attorneys for Defendants Evonik Trading GmbH and Evonik Steag GmbH*

- 2 -

- 3 -

SO ORDERED this 8th day of March, 2010.

_____
Hon. Naomi Reice Buchwald
United States District Judge