AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

INTEROCEAN COAL SALES, LDC,

        Plaintiff,

v.

EVONIK TRADING GmbH, EVONIK DEGUSSA
CORPORATION, EVONIK INDUSTRIES, AG,
and EVONIK STEAG GmbH,

        Defendants.

**APPEARANCE**

Case Number:  11 Civ. 0940 (NRB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Evonik Trading GmbH and Evonik Steag GmbH

I certify that I am admitted to practice in this court.

3/9/2011
Date

*[Signature]*
Signature

| Alexander S. Lorenzo | | AL4802 |
| Print Name | | Bar Number |

Alston & Bird LLP, 90 Park Avenue
Address

| New York | NY | 10016 |
| City | State | Zip Code |

| (212) 210-9400 | (212) 210-9444 |
| Phone Number | Fax Number |