**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------------ X
INTEROCEAN COAL SALES, LDC,                 |
                                            |              11 Civ. 0940 (NRB)
                              Plaintiff,    |
                                            |
          -against-                         |          Corporate Disclosure
                                            |        Statement Pursuant to
EVONIK TRADING GMBH, et al.,                |          Fed. R. Civ. Proc. 7.1
                                            |
                              Defendants.   |
                                            |||
------------------------------------------------------------------ X
```

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, **Evonik Trading GmbH** (a private non-governmental party), certifies that it is wholly-owned by Evonik Steag GmbH, a private non-governmental party that is not publicly traded.  Evonik Trading GmbH further certifies that none of its corporate parents, affiliates and/or subsidiaries are publicly held.

Dated: March 9, 2011
       New York, New York

ALSTON & BIRD LLP

By:  /s/Alexander S. Lorenzo
     Mark Vasco
     Alexander S. Lorenzo

90 Park Avenue
New York, New York  10016
Phone: (212) 210-9400
Fax: (212) 210-9444
Email: alexander.lorenzo@alston.com

- 2 -

101 S. Tryon St., Suite 400
Charlotte, North Carolina  28280
Phone: (704) 444-1000
Fax: (704) 444-1111
Email: mark.vasco@alston.com

*Attorneys for Defendants Evonik Trading*
*GmbH and Evonik Steag GmbH*

LEGAL02/32502591v1

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing RULE 7.1

STATEMENT with the Clerk of the Court using the CM/ECF system which will send email

notification of such filing to counsel of record for all parties on this 9th day of March, 2011.


/s/Alexander S. Lorenzo
Alexander S. Lorenzo
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
alexander.lorenzo@alston.com