UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
INTEROCEAN COAL SALES, LDC,

                  Plaintiff,

    -against-

EVONIK TRADING GMBH, et al.,

                  Defendants.
------------------------------------------------------------------ X

11 Civ. 0940 (NRB)

**Corporate Disclosure Statement Pursuant to Fed. R. Civ. Proc. 7.1**

      Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant, **Evonik Steag GmbH** (a private non-governmental party), certifies that it is owned by RBV-Verwaltungs GmbH and KSBG Kommunale Beteiligungsgesellschaft GmbH & Co. KG, both private non-governmental parties that is not publicly traded.  Evonik Steag GmbH further certifies that none of its corporate parents, affiliates and/or subsidiaries are publicly held.

Dated: March 9, 2011
       New York, New York

                                       ALSTON & BIRD LLP

                                       By:  /s/Alexander S. Lorenzo
                                            Mark Vasco
                                            Alexander S. Lorenzo

                                       90 Park Avenue
                                       New York, New York  10016
                                       Phone: (212) 210-9400
                                       Fax: (212) 210-9444
                                       Email: alexander.lorenzo@alston.com

- 2 -

101 S. Tryon St., Suite 400
Charlotte, North Carolina  28280
Phone: (704) 444-1000
Fax: (704) 444-1111
Email: mark.vasco@alston.com

*Attorneys for Defendants Evonik Trading GmbH and Evonik Steag GmbH*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing RULE 7.1 STATEMENT with the Clerk of the Court using the CM/ECF system which will send email notification of such filing to counsel of record for all parties on this 9th day of March, 2011.

/s/Alexander S. Lorenzo
Alexander S. Lorenzo
ALSTON & BIRD LLP
90 Park Avenue
New York, New York 10016
Phone: (212) 210-9400
Fax: (212) 210-9444
alexander.lorenzo@alston.com