UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X
INTEROCEAN COAL SALES, LDC,

    Plaintiff,

 -against-

EVONIK TRADING GMBH, et al.,

    Defendants.
------------------------------------------------------------------- X

11 Civ. 0940 (NRB)

**NOTICE OF APPEARANCE**

 Mark Vasco of the law firm of Alston & Bird LLP hereby enters his appearance as attorney of record for Defendants Evonik Trading GmbH and Evonik Steag GmbH in the above-captioned case. All pleadings, notices, orders, and other documents to be served upon Evonik Trading GmbH and Evonik Steag GmbH should hereafter be served upon the undersigned counsel.

 Further, I hereby certify that I am admitted to practice in this Court.

 Respectfully submitted, this 9th day of March, 2011.

        ALSTON & BIRD LLP

        By: /s/Mark Vasco
          Mark Vasco

        101 S. Tryon St., Suite 400
        Charlotte, North Carolina 28280
        Phone: (704) 444-1000
        Fax: (704) 444-1111
        Email: mark.vasco@alston.com

        *Attorney for Defendants Evonik Trading GmbH and Evonik Steag GmbH*

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system which will send email notification of such filing to counsel of record for all parties on this 9th day of March, 2011.

/s/Mark Vasco
Mark Vasco
ALSTON & BIRD LLP