CONNELL FOLEY LLP
888 Seventh Avenue
New York, NY 10106
(212) 262-2390

85 Livingston Avenue
Roseland, NJ 07068
(973) 535-0500
Attorneys for Evonik Industries AG

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC<br><br>                      Plaintiff,<br><br>v.<br><br>EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation, and EVONIK STEAG GmbH, an alien corporation,<br><br>                      Defendants. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>Case No.: 11-civ-0940<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this court and all parties of record:

PLEASE TAKE NOTICE that Patrick J. Hughes of Connell Foley LLP hereby enters an appearance as counsel in this case on behalf of defendant, Evonik Industries AG.

This appearance is without prejudice to challenge personal jurisdiction, service of process, or to assert any and all other applicable defenses in this action.

I certify that I am admitted to practice in this court.

CONNELL FOLEY LLP
Attorneys for Defendant,
Evonik Industries AG


/s/ Patrick J. Hughes
Patrick J. Hughes

Dated: March 18, 2011