DUANE MORRIS LLP
John Dellaportas, Esq.
Evangelos Michailidis, Esq.
1540 Broadway
New York, NY 10036
212-692-1000
(2121) 692-1020
dellajo@duanemorris.com
emichailidis@duanemorris.com

BAILEY & GLASSER, LLP
Scott C. Helmholz, Esq.
Jeffrey R. Baron, Esq.
One North Old State Capitol Plaza, Suite 560
Springfield IL  62701
217) 528-1177
(217) 528-1198
shelmholz@baileyglasser.com
jbaron@baileyglasser.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC,<br><br>Plaintiff,<br><br>v.<br><br>EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation, and EVONIK STEAG GmbH, an alien corporation,<br><br>Defendants. | CIVIL ACTION NO. 11-cv-0940<br><br>ECF Case<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE** |

    PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Evangelos Michailidis, a member in good standing of the bar of this Court, hereby move for an Order allowing admission pro hac vice of

Scott C. Helmholz
Bailey & Glasser, LLP
One North Old State Capitol Plaza, Suite 560
Springfield, IL 62701
Tel. (217) 528-1177
Fax (217) 528-1198
SHelmholz@baileyglasser.com

Mr. Helmholz is a member in good standing of the Bar of the States of Illinois and Missouri. Please see his certificates of good standing attached as Exhibits A and B to my supporting affidavit.

There are no pending disciplinary proceedings against Mr. Helmholz in any State or Federal court.

Dated: March 14, 2011
New York, New York

Respectfully submitted,

_____
Evangelos Michailidis (EM-3383)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC,<br><br>              Plaintiff,<br><br>v.<br><br>EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation, and EVONIK STEAG GmbH, an alien corporation,<br><br>              Defendants. | CIVIL ACTION NO. 11-cv-0940<br><br>ECF Case<br><br>**AFFIDAVIT OF EVANGELOS MICHAILIDIS IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE** |

STATE OF NEW YORK    )
                                  ) ss.:
COUNTY OF NEW YORK  )

EVANGELOS MICHAILIDIS, being duly sworn, hereby deposes and says as follows:

1. I am an associate at the law firm Duane Morris LLP, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Scott C. Helmholz as counsel pro hac vice to represent Plaintiff in this matter.

2. I am a member in good standing of the bar of the State of New York, where I was admitted to practice law on January 16, 2008. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3. I have known Mr. Helmholz since February, 2011.

4. Mr. Helmholz is a partner at Bailey & Glasser, LLP, in Springfield, Illinois.

5. I have found Mr. Helmholz to be a skilled attorney and a person of integrity. He is experienced in civil federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of Mr. Helmholz, pro hac vice.

7. I respectfully submit a proposed order granting the admission of Mr. Helmholz, pro hac vice, which is attached hereto as Exhibit C.

**WHEREFORE** it is respectfully requested that the motion to admit Mr. Helmholz, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Respectfully submitted,

_____
Evangelos Michailidis (EM-3383)

Sworn to before me
this 14th day of March, 2011

_____
Notary Public



ONITA D. MCLEAN
Notary Public - State of New York
Qualified in Kings County
Reg. No. 01MC6133508
My Commission Expires Sept. 19, 20__

# EXHIBIT A

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Thomas F. Simon, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/2/1978,

## Scott Charles Helmholz

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 8th day of March, 2011.

_____
Clerk of the Supreme Court of Missouri

# EXHIBIT B

# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Scott Charles Helmholz

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on December 19, 1983 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Wednesday, February 09, 2011.

*Carolyn Taft Grosboll*
Clerk

# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC,<br><br>                Plaintiff,<br><br>v.<br><br>EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation, and EVONIK STEAG GmbH, an alien corporation,<br><br>                Defendants. | CIVIL ACTION NO. 11-cv-0940<br><br>ECF Case |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                   )ss.:
COUNTY OF NEW YORK  )

      **ELAINE HARRISON**, being duly sworn, deposes and says:

1. I am employed by the firm of Duane Morris LLP, attorneys for Plaintiff.

2. At the time of service I am not a party to the action, and am over 18 years of age who also resides in Queens, New York.

3. On March 15, 2011, I served a copy of the **Motion to Admit Counsel Pro Hac Vice for Scott Charles Helmholz and Motion to Admit Counsel Pro Hac Vice for Jeffrey Russell Baron** by Express Mail to:

| | |
|---|---|
| Mark Vasco<br>Alston + Bird LLP<br>101 South Tryon Street<br>Charlotte, North Carolina 28280<br>Attorneys for Defendants<br>Evonik Trading GmbH and<br>Evonik Steag GmbH | Patrick J. Hughes<br>Connell Foley LLP<br>85 Livingston Avenue<br>Roseland, NJ 07068<br>Attorneys for Defendant Evonik<br>Degussa Corporation and<br>Evonik Industries, AG |

_____
ELAINE HARRISON

Sworn to before me this
15th day of March, 2011.

_____
Notary Public

ONIKA D. MCLEAN
Notary Public - State of New York
Qualified in Kings County
Reg. No. 01MC6133508
My Commission Expires Sept. 19, 20__

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC,<br><br>                   Plaintiff,<br><br>v.<br><br>EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation, and EVONIK STEAG GmbH, an alien corporation,<br><br>                   Defendants. | CIVIL ACTION NO. 11-cv-0940<br><br>ECF Case<br><br>**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Evangelos Michailidis at Duane Morris LLP, attorneys for Plaintiff Interocean Coal Sales, LDC, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Scott C. Helmholz
    Bailey & Glassler, LLP
    One North Old State Capitol Plaza, Suite 560
    Springfield, IL 62701
    Tel. (217) 528-1177
    Fax (217) 528-1198
    SHelmholz@baileyglasser.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: March __, 2011
       New York, New York

 

                                                                              _____
                                                                              United States District/Magistrate Judge