CONNELL FOLEY LLP
888 7th Avenue, Suite 3401
New York, NY 10106
(212) 262-2390
Attorneys for Plaintiff
Evonik Industries AG

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation, and EVONIK STEAG GmbH, an alien corporation,<br><br>　　　　　Defendants. | CIVIL ACTION NO. 11-civ-0940<br><br>**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED.R.CIV.P. 7.1** |

　　　　Evonik Industries AG, files this Corporate Disclosure Statement consistent with the requirements of Federal Rule of Civil Procedure 7.1. RAG Stiftung is the majority owner of Evonik Industries AG, and no publicly held company owns more than 10% of Evonik Industries AG's stock.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Patrick J. Hughes
　　　　　　　　　　　　　　　　　　　　Patrick J. Hughes
　　　　　　　　　　　　　　　　　　　　CONNELL FOLEY, LLP
　　　　　　　　　　　　　　　　　　　　888 7th Avenue, Suite 3401
　　　　　　　　　　　　　　　　　　　　New York, NY 10106
　　　　　　　　　　　　　　　　　　　　(212) 262-2390

　　　　　　　　　　　　　　　　　　　　85 Livingston Avenue
　　　　　　　　　　　　　　　　　　　　Roseland, NJ 07068
　　　　　　　　　　　　　　　　　　　　(973) 535-0500

2491123-01