UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



INTEROCEAN COAL SALES, LDC,

            Plaintiff,

v.

EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation, and EVONIK STEAG GmbH, an alien corporation,

            Defendants.

CIVIL ACTION NO. 11-cv-0940

ECF Case

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Evangelos Michailidis at Duane Morris LLP, attorneys for Plaintiff Interocean Coal Sales, LDC, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Scott C. Helmholz
    Bailey & Glassler, LLP
    One North Old State Capitol Plaza, Suite 560
    Springfield, IL 62701
    Tel. (217) 528-1177
    Fax (217) 528-1198
    SHelmholz@baileyglasser.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: March 24, 2011
       New York, New York

                                            United States District/Magistrate Judge