UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC,<br><br>    Plaintiff,<br><br>v.<br><br>EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation and EVONIK STEAG GmbH, an alien corporation,<br><br>    Defendants. | CIVIL ACTION 11cv0940 (NRB)<br><br>NOTICE OF MOTION TO DISMISS PURSUANT TO RULE 12(b)(2),(5) and (6)<br><br>Oral Argument Requested<br><br>Filed: March 28, 2011<br>Opposition Due: April 11, 2011<br>Reply Due: April 18, 2011 |

TO:    ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, the Declaration of Matthias Wegener and Declaration of Patrick J. Hughes, Esq. (with attached exhibits), Defendant Evonik Industries AG, by and through its counsel of record, Connell Foley LLP, respectfully moves this Court pursuant to Rule 12(b)(2), (5) and (6), Fed. R. Civ. P., for an order dismissing all claims against it.

PLEASE TAKE FURTHER NOTICE that Evonik Industries AG requests oral argument on this motion.

DATED: March 28, 2011

> Respectfully yours,
> CONNELL FOLEY LLP
> By: /s/ Patrick J. Hughes
>     Patrick J. Hughes
>     A Member of the Bar of This Court
>     888 Seventh Avenue
>     New York, NY 10106
>     phughes@connellfoley.com
>     Tele: (973) 535-0500
>     Facsimile: (973) 535-9217
>     Attorneys for Defendant
>     *Evonik Industries AG*

2502980-01

## CERTIFICATE OF SERVICE

I certify that on the 28th day of March 2011, I served the foregoing Notice of Motion, Memorandum of Law, Declaration of Matthias Wegener and Declaration of Patrick J. Hughes, Esq. (with attached exhibits), upon all parties by the Court's ECF system, and upon the following counsel by email:

> John Dellaportas
> Duane Morris, LLP
> 1540 Broadway
> New York, NY 10036-4086
> 212.692.1000
> Email: dellajo@duanemorris.com
>
> Scott C. Helmholz
> Bailey & Glasser LLP
> One North Old State Capitol Plaza Suite 560
> Springfield, IL 62701
> 217.528.1177
> Email: shelmholz@baileygrasser.com
>
> Mark Vasco
> Alston & Bird, LLP
> Bank of America Plaza
> 101 South Tryon Street
> Suite 4000
> Charlotte, NC 28280-4000
> 704.332.0750
> Email: mark.vasco@alston.com
>
> Alexander Seton Lorenzo
> Alston & Bird, LLP
> 90 Park Avenue
> New York, NY 10016
> 212.210.9400
> Email: alexander.lorenzo@alston.com

                                                         */s/ Patrick J. Hughes*
                                                            Patrick J. Hughes