USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/14/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
INTEROCEAN COAL SALES, LDC,

                Plaintiff,

    - against-

EVONIK TRADING GmbH, et al.,

                Defendants.
-----------------------------------------------------------X

11 Civ. 0940 (NRB)

**STIPULATION**

WHEREAS on February 14, 2011, Plaintiff Interocean Coal Sales, LDC ("Plaintiff") filed its Complaint in this matter.

WHEREAS on March 29, 2011, Defendant Evonik Industries AG ("Evonik Industries"), filed a Motion to Dismiss the Complaint.

WHEREAS on March 30, 2011, Defendant Evonik Degussa Corporation ("Evonik Degussa") filed a Motion to Dismiss the Complaint.

WHEREAS Plaintiff's time to respond to Defendants Evonik Degussa and Evonik Industries' Motions to Dismiss runs on April 11, 2011.

NOW THEREFORE, Plaintiff, Evonik Degussa and Evonik Industries, through their undersigned counsel, hereby stipulate and agree as follows:

1. Evonik Industries and Evonik Degussa have consented to Plaintiff's request to extend its time to respond to their Motions to Dismiss by twenty-one (21) days, up to and including Monday, May 2, 2011.

2. There have been no previous requests for adjournment or extension of time for Plaintiff to respond to the aforementioned Motions to Dismiss.

Dated: April 11, 2011
       New York, New York

DUANE MORRIS, LLP

By: _____
    John Dellaportas
    Evangelos Michailidis
1540 Broadway
New York, New York 10036
Phone: 212-692-1012
Fax: 212-692-1020
Email: dellajo@duanemorris.com
       emichailidis@duanemorris.com

and

BAILEY & GLASSER, LLP
By: Scott Helmholz
One North Old State Capitol Plaza, Suite 560
Springfield, IL 62701
Phone: 217-528-1177
Fax: 217-528-1198
Email: shelmholz@baileyglasser.com

CONNELL FOLEY LLP

By: _____
    Patrick J. Hughes
888 Seventh Avenue
New York, NY 10106
Phone: 212-262-2390
Fax: 212-262-0050
Email: phughes@connellfoley.com

So Ordered: _____
            U.S.D.J.