# Exhibit A

## Telefax

*O: Winter (# 4106)*
*φ Tre*
*Jeh*
*Rob*
*Gö*

*Mr. Bittmann*



## EVONIK
INDUSTRIES

**Gefaxt**

*21.05.08*
*16.40*
*Bc*

| AN / TO | TELEFAX / FAX |
|---|---|
| Mr<br>Tony Franco | +0044 1932 848 660 |
| **FIRMA / COMPANY** | **TELEFON / FON** |
| Drummond Coal Ltd.<br>UK | |

21st May, 2008

| BETREFF / REFERENCE | SEITEN GESAMT<br>PAGES |
|---|---|
| Purchase Confirmation | 2 |

Dear Tony,

We confirm our yesterday's transaction having bought from you as follows:

| | |
|---|---|
| Quantity / Quality: | 2 cargoes, each 150.000 mt / +– 10 %<br>Drummond Columbian Coal with the<br>following specification on as received basis |
| | Total moisture:     12–14 % (max. 15 %) |
| | Ash:     6–11 % |
| | Sulphur:     0,6–0,8 % (max. 1 %) |
| | Volatiles:     32–39 % |
| | Net calorific value:     6.000 kcal / kg<br>(5.825 kcal / kg min.) |
| Price: | $ / mt 123,60 FOB trimmed<br>Puerto Drummond, based on<br>a net CV of 6.000 kcal / kg<br>with pro rata adjustment |
| Delivery: | each one cargo in first and<br>second half 2009. Exact<br>loading dates still to be<br>narrowed |

Klaus Bittmann
Power Utilities
Telefon +49 201 801-3518
Telefax +49 201 801-3573
Mobil +49 172 20 969 20
Klaus.Bittmann@evonik.com

Evonik Trading GmbH
Ruttenscheider Str. 1-3
45128 Essen
Telefon +49 201 801-04
Telefax +49 201 801- 3501
www.evonik.com/trading

Vorsitzender des Beirates
Dr Wolfgang Cieslik

Geschäftsführung
Heiko Pafferath (Vors.)
Jochen Buchloh

Sitz der Gesellschaft· Essen
Registergericht· Amtsgericht Essen
Handelsregister B 10521

Bankverbindung
Dresdner Bank AG, Essen
(BLZ 360 800 80)
Konto-Nr. SS1231100



Please let us have your formal contact draft as soon as possible.

Once again we thank you for the deal and we look forward to a good co-operation in the future.

Kind regards,

Evonik Trading GmbH

Heiko Pafferath                    ppa. Klaus Bittmann

## Telefax

*Gefaxt*

*21.05.08*
*16 43   Be*



| | |
|---|---|
| **AN / TO**<br>Mr<br>Tony Franco | **TELEFAX / FAX**<br>+0044 1932 848 660 |
| **FIRMA / COMPANY**<br>Drummond Coal Ltd.<br>UK | **TELEFON / FON** |

21st May, 2008

| | |
|---|---|
| **BETREFF / REFERENCE**<br>Purchase Confirmation | **SEITEN GESAMT PAGES**<br>2 |

Dear Tony,

We confirm our yesterday's transaction having bought from you as follows:

Klaus Bittmann
Power Utilities
Telefon  +49 201 801-3518
Telefax  +49 201 801-3573
Mobil    +49 172 20 969 20
Klaus.Bittmann@evonik.com

Evonik Trading GmbH
Ruttenscheider Str 1-3
45128 Essen
Telefon  +49 201 801-04
Telefax  +49 201 801- 3501
www.evonik.com/trading

Vorsitzender des Beirates
Dr. Wolfgang Cieslik

Geschäftsführung
Heiko Pafferath (Vors.)
Jochen Buchloh

Sitz der Gesellschaft: Essen
Registergericht: Amtsgericht Essen
Handelsregister B 10521

Bankverbindung
Dresdner Bank AG, Essen
(BLZ 360 800 80)
Konto-Nr. 551231100

**Quantity / Quality:**  2 cargoes, each 150.000 mt / +- 10 %
Drummond Columbian Coal with the
following specification on as received basis

Total moisture:   12-14,5 % (max. 17 %)

Ash:   6-11 %

Sulphur:   0,6-0,8 % (max. 1 %)

Volatiles:   32-39 %

Net calorific value:   6.000 kcal / kg
(5.825 kcal / kg min.)

**Price:**   $ /mt 121,00 FOB trimmed
Puerto Drummond, based on
a net CV of 6.000  kcal / kg
with pro rata adjustment

**Delivery:**   each one cargo in first
and second half 2010.
Exact loading dates
still to be narrowed



Please let us have your formal contact draft as soon as possible.

Once again we thank you for the deal and we look forward to a good co-operation in the future.

Kind regards,

Evonik Trading GmbH

Heiko Pafferath                              ppa. Klaus Bittmann

# Telefax





| AN / TO<br>**Mr**<br>**Tony Franco** | TELEFAX / FAX<br>**+44 1932 848 660** | 28th May, 2008 |
|---|---|---|
| FIRMA / COMPANY<br>**Drummond Coal Ltd.**<br>**UK** | TELEFON / FON | O: Wirth<br>#4139<br>CC: |

| BETREFF / REFERENCE<br>Purchase Confirmation | SEITEN GESAMT<br>PAGES<br>2 |
|---|---|

Dear Tony,

We confirm our today's transaction having bought from you as follows:

| Quantity / Quality: | 4 cargoes, each 150.000 mt / +– 10 %<br>Drummond Colombian Coal with the<br>following specification on as received basis |
|---|---|

| | Total moisture: | 12–14,5 % (max. 17 %) |
|---|---|---|
| | Ash: | 6–11 % |
| | Sulphur: | 0,6–0,8 % (max. 1 %) |
| | Volatiles: | 32–39 % |
| | Net calorific value: | 6.000 kcal / kg<br>(5.825 kcal / kg min.) |

| Price: | $ /mt 135,00 FOB trimmed<br>Puerto Drummond, based on<br>a net CV of 6.000 kcal / kg<br>with pro rata adjustment |
|---|---|

| Delivery: | each one cargo in each quarter 2010.<br>Exact loading dates still to be narrowed |
|---|---|

Please let us have your formal contact draft as soon as possible.

Klaus Bittmann
Power Utilities
Telefon +49 201 801-3518
Telefax +49 201 801-3573
Mobil   +49 172 20 969 20
Klaus.Bittmann@evonik.com

Evonik Trading GmbH
Rüttenscheider Str. 1-3
45128 Essen
Telefon +49 201 801-04
Telefax +49 201 801- 3501
www.evonik.com/trading

Vorsitzender des Beirates
Dr. Wolfgang Cieslik

Geschäftsführung
Heiko Pafferath (Vors.)
Jochen Buchloh
Klaus Nadolny

Sitz der Gesellschaft: Essen
Registergericht: Amtsgericht Essen
Handelsregister B 10521

Bankverbindung
Dresdner Bank AG, Essen
(BLZ 360 800 80)
Konto-Nr. 551231100



Once again we thank you for the deal and we look forward to a good co-operation in the future.

Kind regards,

Evonik Trading GmbH

Heiko Pafferath                    ppa. Klaus Bittmann