# Exhibit B

**Von:** Cheema, Shahzad [mailto:anglochart@drummondco.com]
**Gesendet:** Dienstag, 22. März 2011 15:41
**An:** Heinz, Martina (Evonik Trading GmbH)
**Cc:** Franco, Tony
**Betreff:** RE: Evonik: MV NORDWESER - BL 27.11.2010 - Laytime Calculation

Hi Tina,

I cannot respond further at this time on advice of counsel who are reviewing the situation and will contact your U.S. counsel.

Thanks & Regards
Shahzad

**From:** Heinz, Martina (Evonik Trading GmbH) [mailto:Martina.Heinz@evonik.com]
**Sent:** 21 March 2011 16:07
**To:** Cheema, Shahzad
**Subject:** AW: Evonik: MV NORDWESER - BL 27.11.2010 - Laytime Calculation

Hi Shahzad,

We refer to our today's telcon and would appreciate to receive your resp. credit note.
Thanks in advance.


Mit freundlichen Grüßen / Kind regards

*Martina Heinz*



Martina Heinz
Senior Administration Manager
Business Processing
Telefon:    +49 201 801 3516
Telefax:    +49 201 801 3605
martina.heinz@evonik.com

**EVONIK Trading GmbH**
Rüttenscheider Strasse 1 - 3
45128 Essen
http://www.evonik.com/trading

Vorsitzender des Beirates: Alfred Geißler
Geschäftsführung: Dr. Wolfgang Cieslik, Dr. Stephan Riezler
Sitz der Gesellschaft: Essen; Registergericht: Amtsgericht Essen, Handelsregister B 10521

Diese E-Mail enthält vertrauliche und/oder rechtlich geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.
This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorised copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

**Von:** Cheema, Shahzad [mailto:anglochart@drummondco.com]
**Gesendet:** Donnerstag, 10. März 2011 18:29
**An:** Wiertz, Beate (Evonik Trading GmbH)
**Cc:** Robert, Ralf (Evonik Trading GmbH); Heinz, Martina (Evonik Trading GmbH); Franco, Tony; Whitnall, Ken
**Betreff:** Evonik: MV NORDWESER - BL 27.11.2010 - Laytime Calculation

Dear Beate,

Thanks for your calculation showing Demurrage amount of USD220,342.71 which we have checked and agree.

Regards
Shahzad

---

**From:** Wiertz, Beate (Evonik Trading GmbH) [mailto:Beate.Wiertz@evonik.com]
**Sent:** 04 March 2011 08:56
**To:** Cheema, Shahzad
**Cc:** Robert, Ralf (Evonik Trading GmbH); Heinz, Martina (Evonik Trading GmbH)
**Subject:** Laytime MV NORDWESER ex Pto Drummond - B/L27.11.2010

Dear Shahzad,

Please find attached our laytime calculation for MV NORDWESER. - Kindly advise your acceptance or comments.

Thanks and best regards
*Beate*

**Beate Wiertz**
Senior Administration Manager
Business Processing
Phone:  +49 201 801-3502
Fax:     +49 201 801-3605
beate.wiertz@evonik.com

**Evonik Trading GmbH**
Rüttenscheider Str. 1-3
45128 Essen
Germany
http://www.evonik.com/trading

Vorsitzender des Beirates: Alfred Geißler
Geschäftsführung: Dr. Wolfgang Cieslik, Dr. Stephan Riezler

Sitz der Gesellschaft: Essen
Registergericht: Amtsgericht Essen; Handelsregister B 105 21

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain material that is confidential, privileged and/or attorney work product. Any unauthorized review, usage, reliance, disclosure or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and delete and destroy all copies of the original message. Thank You.

*Laytime Calculation   Evonik Trading GmbH*                                      04.03.2011         Page: 1

M/V        **NORDWESER**

| | |
|---|---|
| Partner | Interocean |
| From/To | Puerto Drummond |
| Details | Laycan: Nov 10/19  B/L  27.11.2010 |
| C/P | |
| Calculating | Non reversible; Not always on demurrage |

| | | |
|---|---|---|
| Loading    at | **Puerto Drummond** | |
| Calculating | Non reversible; Counting working time saved | |
| Cargo | mts | 71.913,400 |
| Allowance | mts/day | 25.000,000 |
| Demurrage rate | USD/day | 18.500,00 |
| Despatch rate | USD/day | 9.250,00 |

| | | | |
|---|---|---|---|
| Thu | 11.11.2010 | 15:24 | Vessel arrived - NOR tendered |
| Thu | 11.11.2010 | 18:42 | Vessel anchored |
| Fri | 12.11.2010 | 06:42 | NOR accepted |
| Fri | 19.11.2010 | 16:12 | Anchor aweigh |
| Fri | 19.11.2010 | 17:42 | All Fast |
| Fri | 19.11.2010 | 23:00 | Loading commenced |
| Sat | 27.11.2010 | 09:05 | Loading completed |
| Fri | **12.11.2010** | **12:42** | Laytime commenced |
| Sat | **27.11.2010** | **09:05** | Loading completed |

| Date | From | Until | % to count | Remarks/Description | Time used | Total time days hh:mm |
|---|---|---|---|---|---|---|
| Fri 12.11.2010 | 12:42 | 24:00 | 100,00 | | **11:18** | 0  11:18 |
| Sat 13.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 1  11:18 |
| Sun 14.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 2  11:18 |
| Mon 15.11.2010 | 00:00 | 09:44 | 100,00 | | **09:44** | 2  21:02 |
| | 09:44 | | | **Vessel on demurrage** | | |
| | 09:44 | 24:00 | 100,00 | | **14:16** | 3  11:18 |
| Tue 16.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 4  11:18 |
| We  17.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 5  11:18 |
| Thu 18.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 6  11:18 |
| Fri 19.11.2010 | 00:00 | 16:12 | 100,00 | | **16:12** | 7  03:30 |
| | 16:12 | 17:42 | 0,00 | shifting | **00:00** | 7  03:30 |
| | 17:42 | 24:00 | 100,00 | | **06:18** | 7  09:48 |
| Sat 20.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 8  09:48 |
| Sun 21.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 9  09:48 |
| Mon 22.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 10 09:48 |
| Tue 23.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 11 09:48 |
| We  24.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 12 09:48 |
| Thu 25.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 13 09:48 |
| Fri 26.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 14 09:48 |
| Sat 27.11.2010 | 00:00 | 09:05 | 100,00 | Loading completed | **09:05** | 14 18:53 |

| | |
|---|---|
| Time allowed: | 2 d  21:02 |
| Time used: | 14 d  18:53 |
| **Time lost** | **11 d  21:51** |

**Demurrage due:**   11,91042 days at   USD      18.500,00 /day =   **USD       220.342,71**

Nordweser_Load                                                          *(c) Burmester & Vogel, Hamburg*