# Exhibit C

| | |
|---|---|
| **From:** | Cheema, Shahzad [anglochart@drummondco.com] |
| **Sent:** | Thursday, April 07, 2011 2:41 AM |
| **To:** | Heinz, Martina (Evonik Trading GmbH) |
| **Cc:** | Robert, Ralf (Evonik Trading GmbH); Wiertz, Beate (Evonik Trading GmbH); Franco, Tony |
| **Subject:** | Evonik: MV NAVIOS FELICITY - BL 04.12.2010 - Laytime Calculation - REVISED |
| **Attachments:** | NaviosF_Load1.rtf |

Dear Martina,

Thanks for your calculation showing Demurrage amount of **USD228,827.25** which we have checked and agree. We understand your calculation is based on your cargo tonnage of 64,620.31mt and Noble will settle their calculation directly with Drummond for their cargo tonnage of 5,787.54mt.

Regards
Shahzad

---

**From:** Heinz, Martina (Evonik Trading GmbH) [mailto:Martina.Heinz@evonik.com]
**Sent:** 06 April 2011 10:07
**To:** Cheema, Shahzad
**Cc:** Robert, Ralf (Evonik Trading GmbH); Wiertz, Beate (Evonik Trading GmbH)
**Subject:** WG: NAVIOS FELICITY

Dear Shahzad,

As just discussed over phone please find attached our calculation for our tonnage of 64,620.31 mt.
Our share is US$ 228,827.25 for which please send us your credit note.

Noble will settle their tonnage of 5,787.54 mt directly with Drummond.


Mit freundlichen Grüßen / Kind regards

*Martina Heinz*




**Martina Heinz**
Senior Administration Manager
Business Processing
Telefon:    +49 201 801 3516
Telefax:    +49 201 801 3605
martina.heinz@evonik.com


**EVONIK Trading GmbH**
Rüttenscheider Strasse 1 - 3
45128 Essen
http://www.evonik.com/trading

Vorsitzender des Beirates: Alfred Geißler

Geschäftsführung: Dr. Wolfgang Cieslik, Dr. Stephan Riezler
Sitz der Gesellschaft: Essen; Registergericht: Amtsgericht Essen, Handelsregister B 10521

Diese E-Mail enthält vertrauliche und/oder rechtlich geschützte Informationen. Wenn Sie nicht der richtige Adressat sind oder diese E-Mail irrtümlich erhalten haben, informieren Sie bitte sofort den Absender und vernichten Sie diese Mail. Das unerlaubte Kopieren sowie die unbefugte Weitergabe dieser Mail ist nicht gestattet.
This e-mail may contain confidential and/or privileged information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorised copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain material that is confidential, privileged and/or attorney work product. Any unauthorized review; usage, reliance, disclosure or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and delete and destroy all copies of the original message. Thank You.

*Laytime Calculation*   *Evonik Trading GmbH*                                             30.03.2011      Page: 1

M/V   **NAVIOS FELICITY**

From/To   Puerto Drummond / Rotterdam
Details   Laycan: Nov 10/19  B/L 04.12.2010
Calculating   Non reversible; Not always on demurrage

| Loading | at | **Puerto Drummond** |
|---|---|---|
| Calculating | | Non reversible; Counting working time saved |
| Cargo | mts | 70.407,850 |
| Allowance | mts/day | 25.000,000 |
| Demurrage rate | USD/day | 17.000,00 |
| Despatch rate | USD/day | 8.500,00 |

| Mon | 15.11.2010 | 07:30 | Vessel arrived - NOR tendered |
| Mon | 15.11.2010 | 09:36 | Vessel anchored - NOR valid |
| Mon | 15.11.2010 | 21:36 | End of turntime - Laytime commenced |
| Mon | 29.11.2010 | 12:35 | Loading commenced |
| Mon | **15.11.2010** | **21:36** | Begin of laytime counting |
| Sat | **04.12.2010** | **09:25** | End of laytime counting |

| Date | From | Until | % to count | Remarks/Description | Time used | Total time days | hh:mm |
|---|---|---|---|---|---|---|---|
| Mon 15.11.2010 | 21:36 | 24:00 | 100,00 | | **02:24** | 0 | 02:24 |
| Tue 16.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 1 | 02:24 |
| We 17.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 2 | 02:24 |
| Thu 18.11.2010 | 00:00 | 17:11 | 100,00 | | **17:11** | 2 | 19:35 |
| | 17:11 | | | **Vessel on demurrage** | | | |
| | 17:11 | 24:00 | 100,00 | | **06:49** | 3 | 02:24 |
| Fri 19.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 4 | 02:24 |
| Sat 20.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 5 | 02:24 |
| Sun 21.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 6 | 02:24 |
| Mon 22.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 7 | 02:24 |
| Tue 23.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 8 | 02:24 |
| We 24.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 9 | 02:24 |
| Thu 25.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 10 | 02:24 |
| Fri 26.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 11 | 02:24 |
| Sat 27.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 12 | 02:24 |
| Sun 28.11.2010 | 00:00 | 10:05 | 100,00 | | **10:05** | 12 | 12:29 |
| | 10:05 | 24:00 | 0,00 | shifting | **00:00** | 12 | 12:29 |
| Mon 29.11.2010 | 00:00 | 09:20 | 0,00 | shifting | **00:00** | 12 | 12:29 |
| | 09:20 | 24:00 | 100,00 | | **14:40** | 13 | 03:09 |
| Tue 30.11.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 14 | 03:09 |
| We 01.12.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 15 | 03:09 |
| Thu 02.12.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 16 | 03:09 |
| Fri 03.12.2010 | 00:00 | 24:00 | 100,00 | | **24:00** | 17 | 03:09 |
| Sat 04.12.2010 | 00:00 | 05:30 | 100,00 | | **05:30** | 17 | 08:39 |
| | 05:30 | 06:30 | 0,00 | vsl's draft survey | **00:00** | 17 | 08:39 |
| | 06:30 | 09:25 | 100,00 | Loading completed | **02:55** | 17 | 11:34 |

| Time allowed: | 2 d 19:35 |
| Time used: | 17 d 11:34 |
| **Time lost** | **14 d  15:59** |

**Demurrage due:**   14 d 15:59 hrs at   USD   17.000,00 /day =   **USD**   **249.321,53**

**Share of:** Evonik
Cargo quantity:   64.620,310 of   70.407,850 = 91,78 %   **USD**   **228.827,25**