# Exhibit D

---

**Von:** Cheema, Shahzad [mailto:anglochart@drummondco.com]
**Gesendet:** Dienstag, 26. April 2011 10:42
**An:** Wiertz, Beate (Evonik Trading GmbH)
**Cc:** Robert, Ralf (Evonik Trading GmbH); Eipel, Julia (Evonik Trading GmbH)
**Betreff:** RE: EVONIK: MV C. HARMONY - B/L 20.01.2011 - Laytime Calculation

Dear Beate,

Many thanks for your confirmation. I have asked our accounting to issue an Invoice for the same. I will send you the scan copy of it.

Best Regards
Shahzad

---

**From:** Wiertz, Beate (Evonik Trading GmbH) [mailto:Beate.Wiertz@evonik.com]
**Sent:** 26 April 2011 09:30
**To:** Cheema, Shahzad
**Cc:** Robert, Ralf (Evonik Trading GmbH); Eipel, Julia (Evonik Trading GmbH)
**Subject:** AW: EVONIK: MV C. HARMONY - B/L 20.01.2011 - Laytime Calculation

Dear Shazad,

First of all many thanks for your assistance in sending your detailed comments, which we passed on to Owners in the meantime. Thought, would get their acceptance soon in order that we could confirm back-to-back all parties same time. Still waiting reply.

Nevertheless, we can already settle with you on basis your below mentioned result for despatch. - Kindly send your invoice.

Best regards
*Beate*

---

**Von:** Cheema, Shahzad [mailto:anglochart@drummondco.com]
**Gesendet:** Freitag, 22. April 2011 16:58
**An:** Wiertz, Beate (Evonik Trading GmbH)
**Cc:** Robert, Ralf (Evonik Trading GmbH); Franco, Tony
**Betreff:** RE: EVONIK: MV C. HARMONY - B/L 20.01.2011 - Laytime Calculation

Dear Beate,

1

Awaiting on your confirmation on our sent calculation for MV C. Harmony showing **Despatch due for USD21,908.34.**

Please advise your agreement.

Thanks
Shahzad

---

**From:** Cheema, Shahzad
**Sent:** 08 April 2011 15:53
**To:** 'Wiertz, Beate (Evonik Trading GmbH)'
**Cc:** Robert, Ralf (Evonik Trading GmbH); Franco, Tony
**Subject:** RE: EVONIK: MV C. HARMONY - B/L 20.01.2011 - Laytime Calculation

Dear Beate,

Vessel arrived on 28th Dec and tendered NOR but its hold no. 8 was contaminated with fuel oil and could not be loaded per vessel Master and sailed for repair without loading the cargo. So as per contract clause 7.3 this NOR was not valid as the vessel was not in every respect ready to load the cargo. So no time counting at all.

After the repair vessel arrived back to Pto. Drummond for loading the cargo but it was out of agreed laycans. Therefore as per clause 7.3 quoted below for vessel arriving after the agreed cancelling date, laytime shall commence when loading operations start i.e. 05:05 on 15/1.

//
Clause 7.3:
Vessel to present Notice of readiness with clean dry holds free of remnants of previous cargoes, scale rust, gas, dunnage, shifting boards and removable bulkheads to Shippers inspectors satisfaction.

Any time lost during authorities visit or when vessel is inspected after <u>presentation of notice of readiness, due to the vessel not being in every respect ready to load is not to count as turn time or laytime even if the vessel is already on demurrage</u>.

<u>For vessels arriving after the agreed cancelling date, laytime shall commence when loading operations start</u>,(providing 12 hours turn time as expired). Vessels being compelled to wait at anchorage as other vessels arriving within their laydays have priority for loading
//

We maintain our position.

Regards
Shahzad Cheema

---

**From:** Wiertz, Beate (Evonik Trading GmbH) [mailto:Beate.Wiertz@evonik.com]
**Sent:** 08 April 2011 14:23
**To:** Cheema, Shahzad
**Cc:** Robert, Ralf (Evonik Trading GmbH)
**Subject:** AW: EVONIK: MV C. HARMONY - B/L 20.01.2011 - Laytime Calculation

Dear Shazad,

Further to our communication on laytime, we passed on to Owners our counterproposal for loadport according to your calculation for despatch.

Owners now came back maintaining their calculation with the following comments:

- Under what clauses time from 29th Dec 01:30h till 30th Dec 10:40h should be excluded, as vessel arrived, tendered valid NOR and was awaiting cargo.

- Vessel returned to loadport on 12th Jan and was in all respect ready to load. Time to count full from 12th Jan 17:24h.

We would really much appreciate your assistance in this matter and kindly ask you to give your backing comments on these statements, which we then could pass on to Owners accordingly.

Many thanks in advance for your efforts and cooperation.

Best regards and nice weekend
*Beate*

**Beate Wiertz**
Senior Administration Manager
Business Processing
Phone:  +49 201 801-3502
Fax:      +49 201 801-3605
beate.wiertz@evonik.com

**Evonik Trading GmbH**
Rüttenscheider Str. 1-3
45128 Essen
Germany
http://www.evonik.com/trading

Vorsitzender des Beirates: Alfred Geißler
Geschäftsführung: Dr. Wolfgang Cieslik, Dr. Stephan Riezler

Sitz der Gesellschaft: Essen
Registergericht: Amtsgericht Essen; Handelsregister B 105 21

---

**Von:** Wiertz, Beate (Evonik Trading GmbH)
**Gesendet:** Dienstag, 29. März 2011 14:23
**An:** Cheema, Shahzad (anglochart@drummondco.com)
**Cc:** Robert, Ralf (Evonik Trading GmbH)
**Betreff:** AW: EVONIK: MV C. HARMONY - B/L 20.01.2011 - Laytime Calculation

Dear Shahzad,
Thanks for your reply on C. HARMONY. - In this special case we like to await Owner's response to our revised calculation (as per yours).

We therefore kindly ask for your understanding until we hear from Owners.

Many thanks.

3

Beate

---

**Von:** Cheema, Shahzad [mailto:anglochart@drummondco.com]
**Gesendet:** Donnerstag, 24. März 2011 10:43
**An:** Wiertz, Beate (Evonik Trading GmbH)
**Cc:** Robert, Ralf (Evonik Trading GmbH); Franco, Tony
**Betreff:** EVONIK: MV C. HARMONY - B/L 20.01.2011 - Laytime Calculation

Dear Beate,

Thanks for your calculation for Demurrage USD84,677.08 which we have checked and disagree.

Attached please find our calculation showing **Despatch due for USD21,908.34.**

Please advise your agreement.

Thanks & Regards
Shahzad

**From:** Wiertz, Beate (Evonik Trading GmbH) [mailto:Beate.Wiertz@evonik.com]
**Sent:** 17 March 2011 15:30
**To:** Cheema, Shahzad
**Cc:** Robert, Ralf (Evonik Trading GmbH)
**Subject:** Laytime MV C. HARMONY - Pto Drummond/Rotterdam - B/L 20.01.2011


Dear Shahzad,

Please find attached our laytime calculation for MV C. HARMONY.  - We kindly ask you to check and advise your acceptance or comments.


Thanks and best regards
*Beate*


**Beate Wiertz**
Senior Administration Manager
Business Processing
Phone:  +49 201 801-3502
Fax:     +49 201 801-3605
beate.wiertz@evonik.com

**Evonik Trading GmbH**
Rüttenscheider Str. 1-3
45128 Essen
Germany
http://www.evonik.com/trading

Vorsitzender des Beirates: Alfred Geißler
Geschäftsführung: Dr. Wolfgang Cieslik, Dr. Stephan Riezler

Sitz der Gesellschaft: Essen
Registergericht: Amtsgericht Essen; Handelsregister B 105 21

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain material that is confidential, privileged and/or attorney work product. Any unauthorized review; usage, reliance, disclosure or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and delete and destroy all copies of the original message. Thank You.

SHIPPER

| Vessel: | MV C Harmony | | Laytime at Loadport: |
|---|---|---|---|
| | | | Pto. Drummond |

| Arrived . . . . . . . . . . . . . . | 12-Jan-11 | 3:00 | **Charter Party dated:** | ??? |
|---|---|---|---|---|
| **N.O.R. tendered . . . . . . .** | 12-Jan-11 | 3:00 | | |
| **N.O.R. accepted. . . . . . .** | As per C/P | | **CONDITIONS** | |
| **Vessel weighted anchor** | 12-Jan-11 | 17:24 | **Laycan:** | 20 -29 Dec 2010 |
| **Berthed . . . . . . . . . . . . .** | 14-Jan-11 | 5:30 | **Mtons:** | 135,000.490 |
| **Loading commenced . . .** | 15-Jan-11 | 5:05 | **Load. rate:** | 25,000 mt  SHINC 12 HRS TT |
| **Loading completed . . . .** | 20-Jan-11 | 3:20 | **Time allowed:** | 05d  09h  36m      5.40002 |
| **Time to count from . . . .** | 15-Jan-11 | 5:05 | **Demurrage:** $33,000 | **Despatch:** $16,500 |

| Day | Date | From | To | Time used | Cumulative | Time saved | Remarks | Counts |
|---|---|---|---|---|---|---|---|---|
| Sat | 15-Jan-11 | 05:05 | 13:05 | 00:08:00 | 00:08:00 | 05:01:36 | Laytime Starts | 1 |
| Sat | 15-Jan-11 | 13:05 | 13:55 | 00:00:00 | 00:08:00 | 05:01:36 | Breakdown | 0 |
| Sat | 15-Jan-11 | 13:55 | 14:00 | 00:00:05 | 00:08:05 | 05:01:31 | Time to count | 1 |
| Sat | 15-Jan-11 | 14:00 | 17:30 | 00:00:00 | 00:08:05 | 05:01:31 | Bad Weather | 0 |
| Sat | 15-Jan-11 | 17:30 | 19:10 | 00:01:40 | 00:09:45 | 04:23:51 | Time to count | 1 |
| Sat | 15-Jan-11 | 19:10 | 24:00 | 00:00:00 | 00:09:45 | 04:23:51 | Breakdown | 0 |
| Sun | 16-Jan-11 | 00:00 | 05:30 | 00:00:00 | 00:09:45 | 04:23:51 | Breakdown | 0 |
| Sun | 16-Jan-11 | 05:30 | 07:00 | 00:01:30 | 00:11:15 | 04:22:21 | Time to count | 1 |
| Sun | 16-Jan-11 | 07:00 | 07:30 | 00:00:00 | 00:11:15 | 04:22:21 | Breakdown | 0 |
| Sun | 16-Jan-11 | 07:30 | 24:00 | 00:16:30 | 01:03:45 | 04:05:51 | Time to count | 1 |
| Mon | 17-Jan-11 | 00:00 | 07:00 | 00:07:00 | 01:10:45 | 03:22:51 | Time to count | 1 |
| Mon | 17-Jan-11 | 07:00 | 12:30 | 00:02:45 | 01:13:30 | 03:20:06 | Breakdown | 1/2 |
| Mon | 17-Jan-11 | 12:30 | 18:55 | 00:06:25 | 01:19:55 | 03:13:41 | Time to count | 1 |
| Mon | 17-Jan-11 | 18:55 | 19:10 | 00:00:07 | 01:20:02 | 03:13:34 | Breakdown | 1/2 |
| Mon | 17-Jan-11 | 19:10 | 24:00 | 00:04:50 | 02:00:52 | 03:08:44 | Time to count | 1 |
| Tue | 18-Jan-11 | 00:00 | 07:00 | 00:07:00 | 02:07:52 | 03:01:44 | Time to count | 1 |
| Tue | 18-Jan-11 | 07:00 | 07:30 | 00:00:15 | 02:08:07 | 03:01:29 | Breakdown | 1/2 |
| Tue | 18-Jan-11 | 07:30 | 24:00 | 00:16:30 | 03:00:37 | 02:08:59 | Time to count | 1 |
| Wed | 19-Jan-11 | 00:00 | 09:20 | 00:09:20 | 03:09:57 | 01:23:39 | Time to count | 1 |
| Wed | 19-Jan-11 | 09:20 | 09:45 | 00:00:12 | 03:10:09 | 01:23:27 | Breakdown | 1/2 |
| Wed | 19-Jan-11 | 09:45 | 17:45 | 00:08:00 | 03:18:09 | 01:15:27 | Time to count | 1 |
| Wed | 19-Jan-11 | 17:45 | 18:45 | 00:00:00 | 03:18:09 | 01:15:27 | Vessel draft check | 0 |
| Wed | 19-Jan-11 | 18:45 | 19:00 | 00:00:15 | 03:18:24 | 01:15:12 | Time to count | 1 |
| Wed | 19-Jan-11 | 19:00 | 20:00 | 00:00:00 | 03:18:24 | 01:15:12 | Breakdown | 0 |
| Wed | 19-Jan-11 | 20:00 | 24:00 | 00:04:00 | 03:22:24 | 01:11:12 | Time to count | 1 |
| Thu | 20-Jan-11 | 00:00 | 03:20 | 00:03:20 | 04:01:44 | 01:07:52 | Completed | 1 |
| | | | | 04:01:44 | | 01:07:52 | | |

Vessel on despatch
Time saved:    01d  07h  52m      or:    1.327778      days at:    USD 16,500.00
Total due to Shippers:                **USD 21,908.34**