```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
INTEROCEAN COAL SALES, LDC,

             Plaintiff,
- against-

EVONIK TRADING GmbH, et al.,

             Defendants.
------------------------------------------------------X

11 Civ. 0940 (NRB)

**STIPULATION**

**WHEREAS** on February 14, 2011, Plaintiff Interocean Coal Sales, LDC ("Plaintiff") filed its Complaint in this matter.

**WHEREAS** on March 29, 2011, Defendant Evonik Industries AG ("Evonik Industries"), filed a Motion to Dismiss the Complaint.

**WHEREAS** on March 30, 2011, Defendant Evonik Degussa Corporation ("Evonik Degussa") filed a Motion to Dismiss the Complaint.

**WHEREAS** Evonik Degussa and Evonik Industries entered into a stipulation with Plaintiff on April 11, 2011 consenting to Plaintiff's request to extend its time to respond to their Motions to Dismiss from April 11, 2011 to May 2, 2011 and again entered into a stipulation with Plaintiff on April 26, 2011 consenting to Plaintiff's request to extend its time to respond to their Motions to Dismiss from May 2, 2011 to May 16, 2011.

**NOW THEREFORE**, Plaintiff, Evonik Degussa and Evonik Industries, through their undersigned counsel, hereby stipulate and agree as follows:

1.     Evonik Industries and Evonik Degussa have consented to Plaintiff's request to extend its time to respond to their Motions to Dismiss by fourteen (14) days, up to and including Tuesday, May 31, 2011.

2.     In turn, Plaintiff has consented to Evonik Degussa and Evonik Industries' request

to extend their time to reply to Plaintiff's answering papers by seven (7) days, up to and including Tuesday, June 14, 2011.

Dated: May 13, 2011
New York, New York

DUANE MORRIS, LLP

By: _____
John Dellaportas
Evangelos Michailidis
1540 Broadway
New York, New York 10036
Phone: 212-692-1012
Fax: 212-692-1020
Email: dellajo@duanemorris.com
emichailidis@duanemorris.com

CONNELL FOLEY LLP

By: _____
Patrick J. Hughes
888 Seventh Avenue
New York, NY 10106
Phone: 212-262-2390
Fax: 212-262-0050
Email: phughes@connellfoley.com

and

BAILEY & GLASSER, LLP
By: Scott Helmholz
One North Old State Capitol Plaza, Suite 560
Springfield, IL 62701
Phone: 217-528-1177
Fax: 217-528-1198
Email: shelmholz@baileyglasser.com

So Ordered: _____
U.S.D.J.    5/17/11