UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTEROCEAN COAL SALES, LDC,

                        Plaintiff,

-against-

EVONIK TRADING GMBH, et al.,

                        Defendants.

11 Civ. 0940 (NRB)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that the undersigned attorneys, are appearing on behalf of INTEROCEAN COAL SALES, LDC, Plaintiff in the above-captioned action. Plaintiff request that all papers in connection with the above-captioned action be served upon the undersigned at the addresses listed below.

Dated: New York, New York
           May 23, 2011

                              DUANE MORRIS LLP

                          By:_____/s/Scott C. Helmholz_____
                              Scott C. Helmholz
                              shelmholz@baileyglasser.com
                              Bailey & Glasser LLP
                              One North Old State Capitol Plaza Suite 560
                              Springfield, IL 62701
                              217-528-1177
                              Fax: 217-528-1198
                              *Attorneys for Plaintiff*
                              *INTEROCEAN COAL SALES, LDC*