UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTEROCEAN COAL SALES, LDC,

                      Plaintiff,

  -against-

EVONIK TRADING GMBH, et al.,

                    Defendants.

11 Civ. 0940 (NRB)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned attorneys, are appearing on behalf of INTEROCEAN COAL SALES, LDC, Plaintiff in the above-captioned action.  Plaintiff request that all papers in connection with the above-captioned action be served upon the undersigned at the addresses listed below.

Dated: New York, New York
       May 23, 2011

                      DUANE MORRIS LLP

                      By: /s/Jeffrey Russell
                          Jeffrey Russell Baron
                          jbaron@baileyglasser.com
                          Bailey & Glasser LLP
                          One North Old State
                          Capitol Plaza, Suite 560
                          Springfield, IL 62701
                          (217) 528-1177
                          Fax: (217) 528-1198
                          *Attorneys for Plaintiff*
                          *INTEROCEAN COAL SALES, LDC*