UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTEROCEAN COAL SALES, LDC,

                Plaintiff,

-against-

EVONIK TRADING GMBH, et al.,

                Defendants.

11 Civ. 0940 (NRB)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the undersigned attorneys, are appearing on behalf of INTEROCIAN COAL SALES, LDC, Plaintiff in the above-captioned action. Plaintiff request that all papers in connection with the above-captioned action be served upon the undersigned at the addresses listed below.

Dated: New York, New York
       May 23, 2011

                DUANE MORRIS LLP

            By: _____/s/ Evan Michailidis
                John Dellaportas
                Dellajo@duanemorris.com
                Evan Michailidis
                EMichailidis@duanemorris.com
                1540 Broadway
                New York, NY 10036-4086
                Tel.: 212-692-1000
                Fax.: (212) 692-1020
                *Attorneys for Plaintiff*
                *INTEROCEAN COAL SALES, LDC*