```
USDC SDNY                          Buchanan, S
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/14/2011
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
INTEROCEAN COAL SALES, LDC,

                Plaintiff,

- against-

EVONIK TRADING GmbH, et al.,

                Defendants.
------------------------------------------------------X

11 Civ. 0940 (NRB)

**STIPULATION**

      **WHEREAS** on February 14, 2011, Plaintiff Interocean Coal Sales, LDC ("Plaintiff") filed its Complaint in this matter.

      **WHEREAS** on or about May 16, 2011, Defendant Evonik Trading/GmbH ("Evonik Trading") filed its Answer and Counterclaim against Plaintiff.

      **WHEREAS** Plaintiff is required to respond to the Evonik Trading's Counterclaim by June 9, 2011.

      **NOW THEREFORE**, Plaintiff and Evonik Trading, through their undersigned counsel, hereby stipulate and agree as follows:

      1.   Evonik Trading has consented to Plaintiff's request to extend its time to respond to the Counterclaim by fourteen (14) days, up to and including Thursday, June 23, 2011.

Dated: June 8, 2011
       New York, New York

DUANE MORRIS, LLP

By: _____
    John Dellaportas
    Evangelos Michailidis
1540 Broadway
New York, New York 10036
Phone: 212-692-1012
Fax: 212-692-1020
Email: dellajo@duanemorris.com
       emichailidis@duanemorris.com

ALSTON & BIRD LLP

By: _____
    Mark Vasco

101 S. Tryon St., Suite 4000
Charlotte, NC 28280
Phone: 704-444-1000
Fax: 704-444-1111
Email: mark.vasco@alston.com

and

BAILEY & GLASSER, LLP
By: Scott Helmholz
One North Old State Capitol Plaza, Suite 560
Springfield, IL 62701
Phone: 217-528-1177
Fax: 217-528-1198
Email: shelmholz@baileyglasser.com

So Ordered: _____
            U.S.D.J.
                        6/14/11