UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTEROCEAN COAL SALES, LDC,

    Plaintiff,

    v.

EVONIK TRADING, GmbH, et al.,

    Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/24/2011
```

Case No.:  11 Civ. 0940 (NRB)

**STIPULATION**

WHEREAS on February 14, 2011, Plaintiff Interocean Coal Sales, LDC ("Plaintiff") filed its Complaint in this matter.

WHEREAS on May 16, 2011, Defendant Evonik Trading/GmbH ("Evonik Trading") filed its Answer and Counterclaim against Plaintiff.

WHEREAS, pursuant to a previously executed stipulation between the parties extending Plaintiff's time to respond to Evonik Trading's Counterclaim, Plaintiff is required to respond to Evonik Trading's Counterclaim by June 23, 2011.

WHEREAS Plaintiff requested, and Evonik Trading consented to, the extension of time because all parties have entered settlement discussions, have exchanged settlement drafts, and hope to have settlement documents regarding Evonik Trading's Counterclaim and some of its affirmative defenses executed within 30 days.

NOW THEREFORE, Plaintiff, Evonik Trading, through undersigned counsel and in furtherance of their settlement discussions, hereby stipulate and agree as follows;

1.    Evonik Trading has consented to Plaintiff's request to extend its time to respond to the Counterclaim by thirty (30) days, up to and including July 23, 2011.

Dated: June 23, 2011
    New York, New York

DUANE MORRIS, LLP                    ALSTON & BIRD LLP

By: _____                 By: _____
    John Dellaportas                         Mark Vasco
    Evangelos Michailidis
1540 Broadway                        101 S. Tryon St., Suite 4000
New York, New York 10036             Charlotte, NC 28280
Phone: 212-692-1012                  Phone: 704-444-1000
Fax: 212-692-1020                    Fax: 704-444-1111
Email: dellajo@duanemorris.com       Email: mark.vasco@alston.com
    emichailidis@duanemorris.com
and

BAILEY & GLASSER, LLP
By: Scott Helmholz
One North Old State Capitol Plaza, Suite 560
Springfield, IL 62701
Phone: 217-528-1177
Fax: 217-528-1198
Email: shelmholz@baileyglasser.com


So Ordered: _____
        U.S.D.J.  6/23/11

2