UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC, : | |
| : | Case No. 11 Civ. 0940 (NRB) |
| Plaintiff, : | |
| - against - : | **NOTICE OF APPEARANCE** |
| EVONIK TRADING GMBH, et al., : | |
| Defendants. : | |

------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel for Defendants Evonik Trading GmbH and Evonig Steag GmbH in the above-captioned action.

The undersigned is admitted to practice in this Court.

Dated: New York, New York
       February 28, 2012

BRYAN CAVE LLP

By  /s/ Scott H. Kaiser
      Scott H. Kaiser
1290 Avenue of the Americas
New York, New York  10104
Tel: 212-541-2000
Fax: 212-541-4630
scott.kaiser@bryancave.com

*Attorneys for Defendants Evonik Trading GmbH and Evonig Steag GmbH*