UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INTEROCEAN COAL SALES, LDC,

        Plaintiff,

v.

EVONIK TRADING GmbH, an alien corporation, EVONIK DEGUSSA CORPORATION, an Alabama corporation, EVONIK INDUSTRIES, AG, an alien corporation, and EVONIK STEAG GmbH, an alien corporation,

        Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/2012

CIVIL ACTION NO. 11-cv-0940

ECF Case

**ORDER FOR ADMISSION PRO HAC VICE ON WRITTEN MOTION**

Upon the motion of Evangelos Michailidis at Duane Morris LLP, attorneys for Plaintiff Interocean Coal Sales, LDC, and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Patrick Owen Muench, Esq.
    Bailey & Glassler, LLP
    One North Old State Capitol Plaza, Suite 560
    Springfield, IL 62701
    Tel. (217) 528-1177
    Fax (217) 528-1198
    pmuench@baileyglasser.com

is admitted to practice pro hac vice as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing disclipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of the Court.

Dated: March 1, 2012
       New York, New York

                                           United States District/Magistrate Judge