```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

INTEROCEAN COAL SALES, LDC,

                         Plaintiff,

            - against -

EVONIK TRADING GMBH, et al.,

                        Defendants.
------------------------------------------------------------x

Case No. 11 Civ. 0940 (NRB)

STIPULATION AND ORDER
SUBSTITUTING COUNSEL

       Effective February 27, 2012, lead counsel for Defendants Evonik Trading GmbH and Evonik Steag GmbH ("Defendants"), Mark Vasco, Esq., resigned from Alston & Bird LLP and joined the law firm of Bryan Cave LLP. At the request of Defendants, Mark Vasco will remain lead counsel for Defendants. Alexander S. Lorenzo, Esq., who remains associated with Alston & Bird LLP, will no longer serve as counsel for Defendants in this action.

       To that end, the undersigned attorneys hereby stipulate and agree that Bryan Cave LLP, through Mark Vasco, Esq., One Wells Fargo Center – Suite 3300, 301 S. College Street, Charlotte, North Carolina 28202, (704) 749-8930, hereby appears in the above-captioned action as counsel of record to Defendants in the place and stead of its former counsel, Alston & Bird LLP, through Alexander S. Lorenzo, Esq. 90 Park Avenue, New York, New York 10016.

       This stipulation may be executed in counterparts and exchanged via facsimile or electronic mail.

Dated: New York, New York
          March 1, 2012

ALSTON & BIRD LLP

By: _____
Alexander S. Lorenzo
90 Park Avenue
New York, New York 10016
Phone: (212) 210-9400
alexander.lorenzo@alston.com

BRYAN CAVE LLP

By: _____
Mark Vasco
One Wells Fargo Center – Suite 3300
301 S. College Street
Charlotte, North Carolina 28202
Phone: (704) 749-8930
mark.vasco@bryancave.com

SO ORDERED:

_____
Judge Naomi Reice Buchwald
United States District Judge

3/5/12

NY/N000059/1663459.1