```
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

INTEROCEAN COAL SALES, LDC,

                            Plaintiff,

        v.

EVONIK TRADING, GmbH, an alien Corporation,
and EVONIK STEAG, GmbH, an alien corporation,

                            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No: 11-cv-0940 (NRB)

**ORDER GRANTING *PRO HAC VICE* ADMISSION OF <u>MARGARET MURPHY KANE</u>**

Upon consideration of the Motion of Defendants, by and through their counsel Bryan Cave LLP, seeking entry of an order authorizing Margaret Murphy Kane to practice *pro hac vice* before the United States District Court for the Southern District of New York in connection with the above-referenced action; and it appearing that Margaret Murphy Kane is qualified to be admitted to practice *pro hac vice* before this Court, it is hereby

ORDERED that Margaret Murphy Kane is authorized to appear *pro hac vice* as counsel to Defendants Evonik Trading, GmbH and Evonik Steag, GmbH, and Margaret Murphy Kane is permitted to argue or try this action in whole or in part as counsel or advocate.

Dated: May 7, 2012

So Ordered: _____
Honorable Naomi Reice Buchwald
United States District Judge

C076981/0334800/1673797.1