IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/12

| | |
|---|---|
| INTEROCEAN COAL SALES, LDC, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 11-CV-0940 (NRB) |
| EVONIK TRADING, GmbH, an alien Corporation and EVONIK STEAG GmbH, an alien corporation, | ) SATISFACTION OF JUDGMENT |
| Defendants. | ) |

#12,596

WHEREAS, a judgment was entered in the above action on the 5th day of September, 2012 in favor of Plaintiff Interocean Coal Sales, LDC and against Defendants Evonik Trading GmbH and Evonik Steag GmbH in the amount of $2,479,271.98 plus pre-judgment interest in the amount of $7,932.29 and taxable costs in the amount of $1,300.00, and said judgment together with said interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

[SIGNATURES APPEAR ON FOLLOWING PAGES]

Dated: Springfield, Illinois
September 8, 2012

BAILEY & GLASSER LLP

By: _____
Scott C. Helmholz
Jeffrey R. Baron
One North Old State Capitol Plaza, Suite 560
Springfield, IL 62701
Tel: 217-528-1177
Fax: 217-528-1198
Email: shelmholz@baileyglasser.com
jbaron@baileyglasser.com

Attorneys for Plaintiff,
Interocean Coal Sales, LDC


Dated: Charlotte, North Carolina
September 18, 2012

BRYAN CAVE LLP

By: _____
Mark Vasco
One Wells Fargo Center
301 S. College Street, Suite 3400
Charlotte, NC 28202
Tel: (704) 749-8930
Fax: (704) 749-8999
Email: mark.vasco@bryancave.com

Attorneys for Defendants, Evonik Trading
GmbH and Evonik Steag GmbH

2

STATE OF ILLINOIS        )
                         )  ss.:
COUNTY OF SANGAMON       )

On the 18th day of September, 2012 before me personally came Jeffrey R. Baron to me known and known to be a member of the firm of Bailey & Glasser LLP, attorneys for Plaintiff Interocean Coal Sales, LDC in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

                                                          _____
                                                          Notary Public

OFFICIAL SEAL
DIANE M. BLAKEMAN
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 2-5-2014

3

STATE OF NORTH CAROLINA )
                         )  ss.:
COUNTY OF MECKLENBURG    )

On the 18th day of September, 2012 before me personally came Mark Vasco to me known and known to be a member of the firm of Bryan Cave LLP, attorneys for Defendants Evonik Trading GmbH and Evonik Steag GmbH in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

*[Notary Seal: Jane W. McKenna, Notary Public, Mecklenburg County, NC, My Commission Expires 11/13/2016]*

_____
Jane W. McKenna
Notary Public